IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID MILLER**                                                                                    **PLAINTIFF**

**v.**                                              **Case No. 4:24-cv-00472-KGB**

**ERIC HIGGINS, Sheriff,**
**Pulaski County**                                                                          **DEFENDANT**

<u>**ORDER**</u>

The Court has received the Proposed Findings and Recommendation from United States Magistrate Judge Patricia S. Harris (Dkt. No. 7).   No party has filed objections to the Proposed Findings and Recommendation, and the time for filing objections has passed.   After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id*.).   The Court dismisses without prejudice Mr. Miller's complaint for failure to comply with the Court's orders and Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas (Dkt. No. 2).   The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgement would not be taken in good faith.

It is so ordered this 14th day of October, 2025.

Kristine G. Baker
Chief United States District Judge